ELLENER SCRIVEN, Respondent, v. WILLIAM A. GRIFFIN, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October twentieth, and printed briefs by November first. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WESTERN WORSTED MILLS, Respondent, v. ENGLISH WOOLEN MILLS, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument on September twenty-fourth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CUBA NATIONAL BANK, Respondent, v. MARGRETTA E. HOUSE and Others, Appellants.— Motion to dismiss appeal granted, unless appellant shall be ready for argument on September twenty-fifth, and shall pay to respondent's attorney ten dollars. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE F. DOLD, Respondent, v. M'LISS FRANCES DOLD and Others, as Executors, etc., of JACOB DOLD, Deceased, Appellants.— Motion to dismiss appeal granted unless appellants shall file and serve printed records by October first and printed briefs by October twentieth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Application of LARKIN Co., INC., for a Peremptory Mandamus Order Directed to FRANK X. SCHWAB, as Mayor, and Others.— Motion to dismiss appeal granted, unless appellants shall be ready for argument on September twenty-ninth. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

IDA MILLER, as Administratrix, etc., of MICHAEL MILLER, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CHARLES RANDOLPH, Respondent, v. ELI SOBEL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

AARON E. YALLOWICH and Another, Respondents, v. CHARLES WORKMAN and Another, Appellants.— Judgment affirmed, with costs. All concur, except Sears and Taylor, JJ., who dissent and vote for reversal on the ground that the trial court erred in the exclusion of certain evidence. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

EDITH L. HAMM, Appellant, v. JOHN E. HAMM, Respondent.— Interlocutory judgment affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

WILLIAM H. BRIGGS, Respondent, v. E. BERT BABCOCK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

SAMUEL MIRANDA and Another, Appellants, v. CARL A. WITTE, Respondent.— Judgment reversed on the facts and new trial granted, with costs to appellants to abide the event, on the ground that the verdict is against the weight of evidence on questions of defendant's negligence and plaintiffs' contributory negligence. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.